# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 **v.**              **Case No. 11-CR-89**

**RYAN SIMS**
   **Defendant.**

## ORDER

Defendant requests that his revocation hearing be delayed for 90 days so he can continue to demonstrate progress. The government and probation office oppose the request. Given the numerous violations alleged in the report dated November 27, 2013, some of which are alleged to have occurred while defendant was serving a period of location monitoring, I decline to postpone the hearing at this time. The parties may at the December 9, 2013 hearing present their arguments that defendant be revoked or the matter be continued.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 6th day of December, 2013.

            /s Lynn Adelman
            _____
            LYNN ADELMAN
            District Judge